**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ROBERT P. MAIN, III, | : No. 443 WAL 2019 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| THE COLUMBIA GAS COMPANY OF | : |
| PENNSYLVANIA A SUBSIDIARY OF, | : |
| NISOURCE INC., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.